# Court of Appeals
# of the State of Georgia

ATLANTA, February 01, 2013

*The Court of Appeals hereby passes the following order:*

**A13A0467. HICKMAN et al. v. INVESTMENT SAVANNAH ASSOCIATES, INC. et al.**

This appeal was docketed in this court on October 29, 2012. The Appellants' brief, including enumerations of error, was due to be filed no later than November 19, 2012. Court of Appeals Rule 23 (a). However, Appellants have failed to file a brief and enumerations of error or to move for an extension of time for filing their brief and enumerations. Accordingly, the instant appeal is hereby DISMISSED. Court of Appeals Rules 7 and 23 (a).



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, 02/01/2013
    I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
    Witness my signature and the seal of said court hereto affixed the day and year last above written.


, *Clerk.*